IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYELLEN MURPHY MCCANN and JAMES MCCANN, <br><br> Plaintiffs, <br><br> v. <br><br> SANDALS RESORTS INTERNATIONAL, Ltd., and SANDALS GRANDE ST. LUCIAN, <br><br> Defendants. | CIVIL ACTION <br><br> No. 14-2208 |

## ORDER

YOHN, J.                                                                                                       Feb. 11, 2015

      **AND NOW**, this 11 day of February, 2015, it is **HEREBY ORDERED** that, upon consideration of Sandals International, Ltd.'s motion to dismiss (Doc. 4), Maryellen and James McCann's response thereto, and Sandals International, Ltd.'s reply thereto, defendant's motion is **GRANTED** and this action is dismissed for lack of personal jurisdiction.

                                                                           William H. Yohn Jr., Judge.